No. 1314. GARWIN CORP. ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Joseph A. Perkins* for petitioners. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli,* and *Norton J. Come* for respondent.

No. 1381. TOONI ET AL. *v.* ZUCKERT, SECRETARY OF THE AIR FORCE. C. A. 6th Cir. Motion of District Lodge 23, International Association of Machinists & Aerospace Workers for leave to file a brief as *amicus curiae* granted. Certiorari denied. *William R. Coen* for petitioners. *Solicitor General Griswold* for respondent. *Charles F. Horn* for District Lodge 23, International Association of Machinists & Aerospace Workers as *amicus curiae* in support of the petition.

No. 1045, Misc. SAVILLE *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Jerome M. Feit,* and *Roger A. Pauley* for the United States.

No. 1086, Misc. DAVIS *v.* BENNETT, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 1422, Misc. VICKERS *v.* WEST VIRGINIA. Sup. Ct. App. W. Va. Certiorari denied. *George A. Daugherty* for petitioner. *Chauncey H. Browning, Jr.,* Attorney General of West Virginia, and *George E. Lantz* and *James H. Coleman,* Assistant Attorneys General, for respondent.

No. 1428, Misc. LISS *v.* NEW YORK. Ct. App. N. Y. Certiorari denied. *Michael F. Dillon* for respondent.